**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                   Case No. 10-20257

MELVIN BEASLEY,

      Defendant.
                                            /

**ORDER SETTING DEADLINE FOR RESPONSE TO**
**DEFENDANT'S "OBJECTION TO REPORT AND RECOMMENDATIONS"**

On March 16, 2012, Magistrate Judge Diane K. Vescovo issued a "Report and Recommendations" advising the court to deny Defendant Melvin Beasley's motions to suppress evidence seized during a search of his home on April 23, 2010. Defendant objected to the Report and Recommendations on March 16, 2012. On April 9, 2012, the court held a telephone conference with counsel for the parties, during which the Government's counsel requested some additional time to respond to Defendant's objection. Accordingly,

IT IS ORDERED that the Government is DIRECTED to file a response to Defendant's "Objection to Report and Recommendations" [Dkt. # 62] no later than **April 13, 2012**.

                                                  s/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: April 12, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 12, 2012, by electronic and/or ordinary mail.

                                       s/Lisa G. Wagner
                                       Case Manager and Deputy Clerk
                                       (313) 234-5522